No. 90–6329.  KELLER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–6332.  OXENDINE ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari denied.

No. 90–6334.  ALEXANDER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 90–6340.  BARBER v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–6345.  ELLZEY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–6370.  GARCIA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–6372.  GLEASON v. HUCKABEE, JUDGE, HARRIS COUNTY, TEXAS, DISTRICT COURT, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–6375.  HALE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 90–6392.  VAN AERNAM v. BURKHART, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 90–6397.  BRADLEY v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–6399.  NICULESCU v. CHRYSLER MOTORS CORP.  C. A. 10th Cir.  Certiorari denied.

No. 90–6400.  FOUR HUNDRED v. HOWE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–6401.  GREEN v. ILLINOIS.  App. Ct. Ill., 4th Dist. Certiorari denied.

No. 90–6403.  BURGESS v. WASHINGTON COUNTY ET AL. C. A. 9th Cir.  Certiorari denied.

No. 90–6408.  ANDERSON v. SUPREME COURT OF THE STATE OF KANSAS.  Sup. Ct. Kan.  Certiorari denied.